# UNITED STATES DISTRICT COURT
# IN THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

MICHAEL MILES,

       Plaintiff,                        Case No. 15CV-13338

v.                                      Hon. Arthur Tarnow

SYBRA, LLC,

       Defendant.

___

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff and Defendant, through their respective counsel, hereby stipulate that this action shall be dismissed with prejudice, with each party to bear his or its own costs and attorneys' fees.

IT IS HEREBY ORDERED that this matter is DISMISSED with PREJUDICE.

SO ORDERED.

                                                  s/Arthur J. Tarnow
                                                  Hon. Arthur Tarnow

Dated: December 15, 2015

Agreed as to form and content.


*/s/ Owen B. Dunn, Jr. (w/consent)*        */s/James F. Hermon*
Owen B. Dunn, Jr.                               James F. Hermon

2

Counsel for Plaintiff               Counsel for Defendant

4840-1476-0492, v. 1